```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AIS VENTURES, LLC                          ORDER OF DISMISSAL FOR
                                           LACK OF PROSECUTION
      -against-                            CV-08-4487 (DRH)(WDW)

ARRNO/HUDSON PRODUCTIONS, INC,
et al.
-----------------------------------------------------X
```

The Court having ordered the parties to file a status report on August 31, 2010, and no response having been received,

IT IS HEREBY ORDERED that the case be dismissed without prejudice for lack of prosecution, pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure.

The clerk is directed to close this case without prejudice .

SO ORDERED.

                                                                                                                                             _____/s/_____
                                                                                                                                             DENIS R. HURLEY
                                   UNITED STATES DISTRICT JUDGE

Dated: Central Islip. New York
       February 28, 2011